| | |
|---|---|
| 1 | Duncan Palmatier (CSB#116692) |
|  | LAW OFFICE OF DUNCAN PALMATIER |
| 2 | 17220 Newhope Street, Suite 101 & 102 |
|  | Fountain Valley, California 92708 |
| 3 | Tel: (208) 892-2962; Fax: (310) 356-6002 |
|  | Email: dpalm@dpalmlaw.com |
| 4 | |
| 5 | Lawyer for Plaintiff and Counterclaim Defendant, |
|  | Turn-Luckily International, Inc. |
| 6 | Ramiz I. Rafeedie (SBN 215070) |
|  | KIRKPATRICK & LOCKHART LLP |
| 7 | 4 Embarcadero Center, 10th Floor |
|  | San Francisco, California 94111-4106 |
| 8 | Tel: (415) 249-1000; Fax: (415) 249-1001 |
| 9 | Attorneys for Defendant, Counterclaimant, |
|  | and Third Party Plaintiff, |
| 10 | Black Box Corporation |
| 11 | Rob L. Phillips (CA SBN 175354) |
|  | GREENBERG TRAURIG, LLP |
| 12 | 3773 Howard Hughes Parkway, Suite 500 North |
|  | Las Vegas, Nevada 89109 |
| 13 | Tel: (702) 792-3773; Fax: (702) 792-9002 |
| 14 | Attorneys for Third Party Defendant, |
|  | Du International |

## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Turn-luckily International, Inc., | ) | Civil No.: C 3:03-05913 JSW |
| | ) | |
| Plaintiff, | ) | |
| | ) | SUBSEQUENT JOINT CASE |
| vs. | ) | MANAGEMENT STATEMENT (CIVIL |
| | ) | LOCAL RULE 16-10(d)), AND |
| Black Box Corporation, | ) | [PROPOSED] ORDER CONTINUING THE |
| | ) | DECEMBER 16, 2005 FURTHER CASE |
| Defendant, Counterclaimant and | ) | MANAGEMENT CONFERENCE |
| Third-Party Plaintiff, | ) | |
| | ) | Before the Honorable Jeffrey S. White |
| vs. | ) | United States District Judge |
| | ) | |
| Du International, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |
| _____ | ) | |

---

Turn-Luckily Int'l., Inc. v. Black Box Corp.　　　　　　　　　　1　　　　　Subsequent Joint Case Management State-
U.S.D.C., N.D. Cal., Case # C 03-5913 JSW　　　　　　　　　　　　　　　ment (LR 16-10(d)), and [Proposed] Order

1   A Further Case Management Conference is scheduled for December 16, 2005. For the
2   reasons explained below, the parties request that this Conference be continued to a date in
3   January 2006.
4   On November 9, 2005, the parties reached agreement on a settlement of this case. On
5   November 10, 2005, Plaintiff's lawyer provided to all counsel a draft settlement agreement and
6   proposed Order of Dismissal. The parties believe that this case has settled and that a final
7   settlement agreement can be signed and the case dismissed before the end of the year.
8   Therefore, the parties request that the Court continue the Further Case Management Conference
9   to a date in January 2006.
10  Respectfully Submitted,
11  DATED: December 13, 2005          /ss/
                                      Duncan Palmatier
12
                                      LAW OFFICE OF DUNCAN PALMATIER
13                                    Lawyer for Plaintiff,
                                          Turn-luckily International, Inc.
14
15  DATED: December 13, 2005          /ss/
                                      Ramiz I. Rafeedie
16
                                      KIRKPATRICK & LOCKHART LLP
17                                    Attorneys for Defendant and Third-Party Plaintiff,
                                          Black Box Corporation
18
19  DATED: December 13, 2005          /ss/
                                      Rob L. Phillips
20
                                      GREENBERG TRAURIG, LLP,
21                                    Attorneys for Third-Party Defendant,
                                          Du International
22
23  **IT IS SO ORDERED**, the Further Case Management Conference is continued to January 27 ,
24  2005, at 1:30 p.m.
25  DATED: December 14, 2005          /s/ Jeffrey S. White
                                      Jeffrey S. White
26
                                      United States District Judge
27
28

| Turn-Luckily Int'l., Inc. v. Black Box Corp.<br>U.S.D.C., N.D. Cal., Case # C 03-5913 JSW | 2 | Subsequent Joint Case Management State-<br>ment (LR 16-10(d)), and [Proposed] Order |