1  Duncan Palmatier (CSB#116692)
   LAW OFFICE OF DUNCAN PALMATIER
2  17220 Newhope Street, Suite 101 & 102
   Fountain Valley, California 92708
3  Tel: (208) 892-2962; Fax: (310) 356-6002
   Email: dpalm@dpalmlaw.com
4
5  Lawyer for Plaintiff and Counterclaim Defendant,
       Turn-Luckily International, Inc.

6  Ramiz I. Rafeedie (SBN 215070)
   KIRKPATRICK & LOCKHART LLP
7  4 Embarcadero Center, 10th Floor
   San Francisco, California 94111-4106
8  Tel: (415) 249-1000; Fax: (415) 249-1001

9  Attorneys for Defendant, Counterclaimant,
   and Third Party Plaintiff,
10     Black Box Corporation

11 Rob L. Phillips (CA SBN 175354)
   GREENBERG TRAURIG, LLP
12 3773 Howard Hughes Parkway, Suite 500 North
   Las Vegas, Nevada 89109
13 Tel: (702) 792-3773; Fax: (702) 792-9002

14 Attorneys for Third Party Defendant,
       Du International

15

16             IN THE UNITED STATES DISTRICT COURT FOR
                   THE NORTHERN DISTRICT OF CALIFORNIA
17

18 Turn-luckily International, Inc.,           )   Civil No.: C 3:03-05913 JSW
                                               )
19     Plaintiff,                              )
                                               )   SUBSEQUENT JOINT CASE
20     vs.                                     )   MANAGEMENT STATEMENT (CIVIL
                                               )   LOCAL RULE 16-10(d)), AND
21 Black Box Corporation,                      )   [PROPOSED] ORDER TAKING OFF
                                               )   CALENDAR THE JANUARY 27, 2006
22     Defendant, Counterclaimant and          )   FURTHER CASE MANAGEMENT
       Third-Party Plaintiff,                  )   CONFERENCE
23                                             )
       vs.                                     )   Before the Honorable Jeffrey S. White
24                                             )       United States District Judge
   Du International,                           )
25                                             )
       Third-Party Defendant.                  )
26 _____         )

27

28

Turn-Luckily Int'l., Inc. v. Black Box Corp.        Subsequent Joint Case Management State-
U.S.D.C., N.D. Cal., Case # C 03-5913 JSW     1         ment (LR 16-10(d)), and [Proposed] Order

A Further Case Management Conference is scheduled for January 27, 2006. For the reasons explained below, the parties request that this Conference be taken off calendar.

The parties have executed a settlement agreement. Under the terms of this agreement, certain actions must occur on or before February 27, 2006, following which the parties will file, within five court days, a Stipulation of Dismissal and [Proposed] Order of Dismissal with Prejudice. According to these terms, the Stipulation will be filed on or before March 6, 2006. Therefore, the parties request that the Court take off calendar the January 27, 2006 Further Case Management Conference.

Respectfully Submitted,

DATED: January 12, 2006
　　　　　　　　　/ss/
　　　　　　　Duncan Palmatier

LAW OFFICE OF DUNCAN PALMATIER
Lawyer for Plaintiff,
　Turn-luckily International, Inc.

DATED: January 12, 2006
　　　　　　　　　/ss/
　　　　　　　Ramiz I. Rafeedie

KIRKPATRICK & LOCKHART LLP
Attorneys for Defendant and Third-Party Plaintiff,
　Black Box Corporation

DATED: January 12, 2006
　　　　　　　　　/ss/
　　　　　　　Rob L. Phillips

GREENBERG TRAURIG, LLP,
Attorneys for Third-Party Defendant,
　Du International

**IT IS SO ORDERED**, the January 27, 2006 Further Case Management Conference is taken off calendar.

DATED: January 13, 2006

　　　　　　　　　／s／ Jeffrey S. White
　　　　　　　Jeffrey S. White
　　　　　　United States District Judge

---

Turn-Luckily Int'l., Inc. v. Black Box Corp.
U.S.D.C., N.D. Cal., Case # C 03-5913 JSW

2

Subsequent Joint Case Management Statement (LR 16-10(d)), and [Proposed] Order