```
Duncan Palmatier (CSB#116692)
LAW OFFICE OF DUNCAN PALMATIER
17220 Newhope Street, Suite 101
Fountain Valley, California 92708
Tel: (208) 892-2962; Fax: (310) 356-6002
Email: dpalm@dpalmlaw.com

Lawyer for Plaintiff and Counterclaim Defendant,
    Turn-Luckily International, Inc.

Deborah Bailey-Wells (SBN 114630)
KIRKPATRICK & LOCKHART LLP
4 Embarcadero Center, 10th Floor
San Francisco, CA  94111-4106
Tel:  (415) 249-1000; Fax:  (415) 249-1001

Attorneys for Defendant, Counterclaimant and 3rd-Party Plaintiff,
    Black Box Corporation

Rob L. Phillips (CA Bar No. 175354)
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 500 North
Las Vegas, California 89109
Tel: (702) 792-3773; Facsimile: (702) 792-9002

Counsel for Third-Party Defendant,
    Du International
```

## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TURN-LUCKILY INTERNATIONAL, INC., d.b.a. TOTAL TECHNOLOGIES, LTD., a California corporation,<br><br>    Plaintiff and Counter-<br>    claim Defendant<br><br>        vs.<br><br>BLACK BOX CORPORATION, a Delaware corporation,<br><br>    Defendant, Counterclaimant<br>    and Third-Party Plaintiff,<br><br>        vs.<br><br>DU INTERNATIONAL, a Michigan corporation, doing business as QVS, INC.,<br><br>    Third-Party Defendant. | Civil No.: C 03-05913 JSW<br><br>STIPULATION OF DISMISSAL AND [PROPOSED] ORDER DISMISSING THE CASE WITH PREJUDICE<br><br>Before the Honorable<br>    Jeffrey S. White<br>United States District Judge |

Turn-Luckily Int'l., Inc. v. Black Box Corp.
U.S.D.C., N.D. Cal., Case # C 03-5913 JSW

1

Stipulation of Dismissal and [Proposed]
Order Dismissing the Case with Prejudice

Pursuant to a Settlement Agreement entered into by Plaintiff Turn-luckily International, Inc., Defendant, Counterclaimant and Third-Party Plaintiff Black Box Corporation, and Third-Party Defendant Du International, the parties to this lawsuit hereby stipulate to the dismissal of the instant lawsuit with prejudice. Each party will bear its own fees, costs and expenses.

Respectfully submitted,

March 3, 2006   /s/Duncan Palmatier
                Duncan Palmatier

                LAW OFFICE OF DUNCAN PALMATIER
                Lawyers for Plaintiff and Counterdefendant,
                    Turn-Luckily International, Inc.,
                    d.b.a. Total Technologies Limited

March 3, 2006   /s/Deborah Bailey-Wells
                Deborah Bailey-Wells

                KIRKPATRICK & LOCKHART LLP
                Attorneys for Defendant, Counterclaimant and 3rd-Party Plaintiff,
                    Black Box Corporation

March 3, 2006   /s/Rob L. Phillips
                Rob L. Phillips

                GREENBERG TRAURIG, LLP
                Attorneys for 3rd-Party Defendant,
                    Du International, d.b.a. QVS, Inc.

**SO ORDERED**, that the case is dismissed with prejudice.

DATED:  March 6, 2006                    /s/ Jeffrey S. White
                                         Jeffrey S. White
                                         United States District Judge